# IN THE SUPREME COURT, STATE OF WYOMING

## 2024 WY 110

*October Term, A.D. 2024*

**November 6, 2024**

JEREMY MATTHEW HALE,

**Appellant**
**(Defendant),**

**v.**

S-24-0173

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S ORDER REVOKING PROBATION

[¶ 1]   **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief in the time allotted. Appellant took this appeal to challenge the district court's April 10, 2024, Order of Revocation of Probation. Appellant admitted he violated his probation. The district court revoked probation and imposed a six-to-eight-year sentence on Appellant's conviction for unlawful entry into an occupied structure. Wyo. Stat. Ann. § 6-3-307.

[¶ 2]   On August 26, 2024, Appellant's court-appointed appellate counsel filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief. This Court ordered that, on or before October 14, 2024, Appellant may file with this Court a *pro se* brief specifying the issues for the Court to consider in this appeal. This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal. Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶ 3]   Now, following a careful review of the record and the *Anders* brief submitted by appellate counsel, this Court finds appellate counsel's motion to withdraw should be granted and the district court's order revoking probation should be affirmed. It is, therefore,

[¶ 4]   **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Jeremy Matthew Hale, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶ 5]   **ORDERED** that the Sweetwater County District Court's April 10, 2024, Order of Revocation of Probation, be, and the same hereby is, affirmed.

[¶ 6]   **DATED** this 6th day of November, 2024.

BY THE COURT:

/s/

**KATE M. FOX**
**Chief Justice**